# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147040

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC: 147040
     COA: 315927
     Saginaw CC: 10-033872-FH

JACKIE LEE TRAMMELL,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DISMISSED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



d0617

Clerk